# EXHIBIT A

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented to: Agency(ies) Charge No(s):

__ FEPA
X EEOC  410-2019-04809

_____ and EEOC
State or local Agency, if any

| Name (indicate Mr. Ms. Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Ralph White | [redacted] | 12/08/1979 |

Street Address: [redacted]   City, State and ZIP Code: [redacted]

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Process Equipment and Controls, LLC | 100+ | HR Manager Renee Gray (770) 680-7865 Owner/President Ryan Loew (404) 488-1590 |

Street Address: 10439 Old Atlanta Highway, Covington, GA 30014

RECEIVED JUL 24 2019 EEOC-ATDO

DISCRIMINATION BASED ON (Check appropriate box(es).)

__ RACE  __ COLOR  __ SEX  __ RELIGION  __ NATIONAL ORIGIN
X RETALIATION  __ AGE  X DISABILITY  __ OTHER

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: April 16, 2019   Latest: April 17, 2019
__ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attached extra sheet(s)):

I. On December 26, 2018, I started working at Process Equipment and Controls, LLC ("PEC") as a welder. Around April 4, 2019, I was promoted to a position as a foreman. In that role, I managed other employees who performed the welding work. I have a disability. On April 15, 2019, at approximately 10:30 p.m. when I was working, I had a seizure (arising from my disability). I was taken via ambulance to the Emergency Room ("ER") where I suffered a second seizure (arising from disability). While in the ER, I was treated with Ativan (a benzodiazepine) and Phenobarbital (a barbiturate). PEC Project Manager Mark Hartwell was present in the ER when I had the second seizure and he saw me while I was hooked up to an IV drip. On April 16, 2019, at approximately 3:00 a.m., I was discharged from the ER. Later that morning, at approximately 9:30 a.m., I called PEC Owner/President Ryan Loew and requested an accommodation in the form of a few days off work to recover from the seizures and effects of the medication I received in the ER. Mr. Loew denied my request and told me to meet him at the office.

II. During the meeting, Mr. Loew told me it was best to "cut ties" because "[I] had a seizure!" I was shocked and upset. Mr. Loew then told me to take a drug test that day and to come back the next morning. I took a drug test early that afternoon. When I returned to the office the next morning, Mr. Loew said he wanted to "cut ties."

III. I believe that I have been discriminated and retaliated against on the basis of disability and perceived disability in violation of the Americans with Disabilities Act of 1990 (as amended).

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLANANT |
|---|---|
| 7-23-19<br>Date     *Raph White*<br>Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |