# EXHIBIT C



State of Georgia
Department of Labor

## SEPARATION NOTICE

1. Employee's Name: **RALPH E WHITE**
2. SSN: 2▮▮▮▮▮▮▮▮

    a. State any other name(s) under which employee worked: _____

3. Period of Last Employment: From **12/21/18** To **04/17/19**

4. REASON FOR SEPARATION:
   - [ ] a. LACK OF WORK
   - [x] b. If other than lack of work, state fully and clearly the circumstances of the separation. Type Below.

   **Employee Failed Drug Screen**

5. Employee received payment for: (Severance Pay, Separation Pay, Wages-In-Lieu of Notice, bonus, profit sharing, etc.) DO NOT include vacation pay or earned wages.

   type of payment _____ in the amount of $ _____ for period from: _____ to _____

   Date above payment(s) was/will be issued to employee: _____

   IF EMPLOYEE RETIRED, furnish amount of retirement pay and what percentage of contributions were paid by the employer.

   $ _____ per month _____ % of contributions paid by employer.

6. Did this employee earn at least $3,500.00 in your employ? [x] YES [ ] NO   If NO, how much? $ _____

Average Weekly Wage: $ _____

Employer's Name: **PROCESS EQUIPMENT & CONTROLS**
Address: **10439 OLD ATLANTA HWY**
City: **COVINGTON**  State: **GA**  Zip Code: **30014**
Employer's Telephone No. (**770**) **487** - **1417** Ext. _____

Ga. DOL Account Number: **2 7 3 2 8 1 - 0 6**
(Number shown on Employer's Quarterly Tax and Wage Report, Form DOL-4.)

I CERTIFY that the above worker has been separated from work and the information furnished hereon is true and correct. This report has been handed to or mailed to the worker.

*Renee Troy* (signature)

Signature of Official, Employee of the Employer or authorized agent for the employer

**HUMAN RESOURCES**
Title of Person Signing

**4/19/19**
Date Completed and Released to Employee

### NOTICE TO EMPLOYER

At the time of separation, you are required by the Employment Security Law, OCGA Section 34-8-190(c), to provide the employee with this document, properly executed, giving the reasons for separation. If you subsequently receive a request for the same information on a DOL-1199FF, you may attach a copy of this form (DOL-800) as a part of your response.

### NOTICE TO EMPLOYEE

OCGA SECTION 34-8-190(c) OF THE EMPLOYMENT SECURITY LAW REQUIRES THAT YOU TAKE THIS NOTICE TO THE GEORGIA DEPARTMENT OF LABOR FIELD SERVICE OFFICE IF YOU FILE A CLAIM FOR UNEMPLOYMENT INSURANCE BENEFITS.

DOL-800 (R-08/05)