# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **RALPH E. WHITE,** | )<br>)<br>) |
| **Plaintiff,** | )<br>)<br>) |
| v. | )<br>) |
| **PROCESS EQUIPMENT AND CONTROLS, LLC,** | ) **Civil Action No.**<br>) **1:20-cv-03485-CAP-AJB**<br>)<br>) |
| **Defendant.** | )<br>)<br>)<br>)<br>) |

## DEFENDANT'S AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW, PROCESS EQUIPMENT AND CONTROLS, LLC, Defendant in the above-styled cause of action and hereinafter referred to as "Defendant," and file this its Certificate of Interested Persons and Corporate Disclosure Statement, showing this Honorable Court the following:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Ralph White;
- Process Equipment and Controls, LLC; and
- Ryan Loew.

(2)  The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

(3)  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Carey E. Olson for Defendants

Louise Smith for Plaintiff

This 3rd day of November, 2020.

**MCLAUGHLIN LAW FIRM**

*/s/ Carey E. Olson*

_____

| | |
|---|---|
| 11575 Great Oaks Way, Suite 100 | Carey E. Olson |
| Alpharetta, Georgia 30022 | Georgia Bar No. 843080 |
| (470) 415-5500 | *Attorneys for Defendant* |

(470) 415-5510 (fax)
Carey.Olson@mgmesq.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **RALPH E. WHITE,** | ) |
| **Plaintiff,** | ) |
| v. | ) **Civil Action No.** |
| **PROCESS EQUIPMENT AND CONTROLS, LLC,** | ) **1:20-cv-03485-CAP-AJB** |
| **Defendant.** | ) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for Plaintiff in the foregoing matter with a copy of the foregoing DEFENDANT'S AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT and with the Clerk of Court using the CM/ECF system that automatically sends email notification of such filing to the attorneys of record, listed below, who are registered participants in the Court's electronic notice and filing system and each of whom may access said filing via the Court's CM/ECF System:

>Louise N. Smith
>Smith Law, LLC
>3611 Braselton Highway
>Suite 202
>Dacula, Georgia 30019
>(678) 690-5299

I further certify that the foregoing document has been prepared with Times New Roman 14-Point Font, as approved in LR 5.1C.

This 3rd day of November, 2020.

>**MCLAUGHLIN LAW FIRM**
>
>*/s/ Carey E. Olson*
>_____

| | |
|---|---|
| 11575 Great Oaks Way, Suite 100 | Carey E. Olson |
| Alpharetta, Georgia 30022 | Georgia Bar No. 843080 |
| (470) 415-5500 | *Attorneys for Defendant* |
| (470) 415-5510 (fax) | |
| Carey.Olson@mgmesq.com | |